**Order entered June 17, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00835-CV

**ECLAT PRIVATE EQUITY, INC. ET AL, Appellants**

**V.**

**HASSAN PARSA, Appellee**

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-05093**

## ORDER

We **GRANT** appellants' second agreed motion to extend time to file reply brief and

**ORDER** the brief tendered to the Clerk of the Court June 16, 2014 filed as of the date of this

order.

/s/      ELIZABETH LANG-MIERS
         JUSTICE